UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORAH E. PARMELEE** : | Case No. 3:10CV00089(CFD) |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | |
| **FOCUS RECEIVABLES MANAGEMENT,** : | |
| **LLC** : | JULY 12, 2010 |
|     Defendant. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Deborah E. Parmelee, through her attorney, and the defendant, Focus Receivables Management, LLC, through their attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff, Deborah E. Parmelee**

By  /s/ Daniel S. Blinn
Daniel S. Blinn  (ct 02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

**Defendant**, **Focus Receivables Management, LLC**


By /s/ Joshua A. Yahwak
Joshua A. Yahwak (ct25138)
Law Offices of Brian J. Farrell, Jr.
555 Long Wharf Drive
New Haven, CT  06511
Tel: (203) 782-4122; Fax: (203) 782-4128
jyahwak@bfarrelllaw.com


## CERTIFICATION

I hereby certify that on this 12th day of July, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn

2